**Order entered November 17, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00776-CR

**DEAN THOMAS WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80411-2016**

## ORDER

Appellant filed his notice of appeal in the trial court on May 31, 2017, and the clerk's record was filed July 31, 2017. The reporter's record, due July 29, 2017, has not been filed.

On November 9, 2017, we ordered the reporter's record filed within twenty days. One week later, court reporter Sheri Vecera filed a request for a clarification of our order. In her request, Ms. Vecera concedes she received our August 2nd notice about the past due reporter's record and that she did not respond. She notes this case was abated for three months awaiting appointment of counsel and that, to date, she has "not received a request to prepare the record from the newly appointed attorney or anyone else." She then states she was "not the court reporter who reported the trial in this case on May 30, 2017" and that a substitute reporter covered for her that day; Ms. Vecera does not identify the substitute reporter. She further notes

there "may or may not have been other hearings held in this matter" and requests sixty additional days for the reporter's record to be filed.

Rule 35 provides that, absent the filing of a motion for new trial, the record "must be filed in the appellate court . . . within 60 days after the date sentence is imposed." TEX. R. APP. P. 35.2(a). The official or deputy court reporter is responsible for preparing, certifying, and timely filing the reporter's record if:

(1) a notice of appeal has been filed;
(2) the appellant has requested that the reporter's record be prepared; and
(3) the party responsible for paying for the preparation of the reporter's record has paid for the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying for the fee.

TEX. R. APP. P. 35.3(c). The appellate court may extend the deadline to file the record; however, each extension must not exceed 30 days in an ordinary appeal. TEX. R. APP. P. 35.3(c).

Therefore, we **ORDER** appellate counsel Matthew Maddox to provide this Court, by **NOVEMBER 27, 2017**, with written verification he has requested the reporter's record in accordance with rule 35. We will defer ruling on Ms. Vecera's request until the time for providing the written verification has passed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Sheri Vecera, court reporter, 199th Judicial District Court; Robin Rodriquez, court reporter; and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE